UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-20126-CR-LENARD / O'SULLIVAN

UNITED STATES OF AMERICA

v.

GUSTAVO GARCES,

        Defendant.
_____/

## ORDER REGARDING MEDICAL TREATMENT

Pursuant to Title 18, United States Code, Section 4241, and upon the Defendant's Motion for Psychiatric Exam (Docket Entry 35), this Court, having carefully considered the psychiatric report filed by Dr. Michael P. Brannon, the contentions of the parties, and the applicable law, hereby finds by a preponderance of the evidence that Gustavo GARCES is incompetent to stand trial because of his mental deficiencies.

In accordance with the provisions of Title 18, United States Code, Section 4241(d)(1), this Court ORDERS the following:

1. Upon receipt of this Order, the Bureau of Prisons shall designate Defendant Gustavo GARCES to a facility suitable for hospitalization and medical treatment. The designation shall be done no later than June 1, 2013.

2. The Defendant shall surrender to the designated facility, as instructed by the United States Marshals Service, no later than June 1, 2013. The United States Marshals Service shall contact the Defendant's counsel, Peter S. Heller, Esq., in the event that they cannot reach the Defendant for notification. Mr. Heller can be reached via electronic mail: petersheller@aol.com. The United States Marshals Service shall

also notify the United States Attorney's Office (SDFL), AUSA Vanessa S. Johannes, as to what facility the Defendant has been designated to.

3. The designated facility shall immediately process the Defendant Gustavo GARCES for medical treatment upon his self-surrender, in accordance with Title 18, United States Code, Sections 4241(d) - (f).

DONE and SO ORDERED on this 27 day of March, 2013.

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

cc: Counsel of Record